Joshua Jordan, admitted Pro Se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

RECEIVED

2024 OCT 22 PM 1:25

CLERK
BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prehired, LLC, et al,<br><br>Debtors | Chapter 7<br><br>Case No.: 1:22-bk-11007<br><br>(JTD)<br><br>(Jointly Administered)<br><br>Re: D.I. 222, 228, 230<br><br>**NOTICE OF APPEAL** |

### Part 1: Identify the appellant

1. Name of appellant: Joshua Jordan

2. Position of appellant: Pro Se Intervenor

3. Contact information:

Joshua Jordan

6650 Rivers Ave, STE 100

Charleston, SC, 29406

Tel: 843.790.3989

Email: joshlegalstuff@gmail.com

1 - Notice of Appeal

**Part 2: Identify the subject of this appeal**

**1. Describe the judgment, order, or decree appealed from:**

Order Denying Intervenor Jordan's Motion to Enforce the Final Judgment and Order for Declaratory Judgment, Injunctive Relief, Contempt Sanctions, and for Damages, Legal Fees, and Expenses [D.I. 230]

2. State the date on which the judgment, order, or decree was entered: October 11, 2024

**Part 3: Identify the other parties to the appeal**

**Appellees:**

**1. State of Washington**

SUSANA CROKE, MADELINE S. DAVIS, AND JULIA K. DOYLE

Assistant Attorneys General, Attorneys for State of Washington

800 Fifth Avenue, Suite 2000

Seattle, WA 98104

(206) 464-7744

susana.croke@atg.wa.gov, maddie.davis@atg.wa.gov, julie.doyle@atg.wa.gov

**2. Don A. Beskrone, Chapter 7 Trustee**

   Counsel: Ricardo Palacio

   Ashby & Geddes, P.A.

   500 Delaware Avenue, 8th Floor

   Wilmington, DE 19801

Respectfully submitted on October 22, 2024.

By: /s/ Joshua Jordan
Joshua Jordan, admitted pro se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I caused a true and correct copy of the foregoing Notice of Appeal to be served upon all counsel of record via the Court's CM/ECF system upon filing paper copies with the Clerk of Court.

By: /s/ Joshua Jordan
Joshua Jordan, Pro Se



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Receipt Date: Oct 22, 2024 1:28PM

**Parcel**

Rcpt. No: 10095253     Trans. Date: Oct 22, 2024 1:28PM     Cashier ID: #CM

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|---------------------|-----|-------|-----|
| AP | APPEAL      |                     | 1   | 298.00 | 298.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | CHECK | #23326 | 10/22/2024 | $298.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $298.00 |
| Total Tendered: | $298.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Exact change only.