UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 22-11007      BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Denying Intervenor Jordan's Motion to Enforce the Final Judgment and Order for Declaratory Judgment, Injunctive Relief, Contempt Sanctions, and for Damages, Legal Fees, and Expenses

**Docket #:** 230      **Date Entered:** 10/11/2024

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 232 | Date Filed: 10/22/2024 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Joshua Jordan, Pro se Intervenor

**Appellee/Cross Appellee**

State of Washington
Don A Beskrone, Chapter 7 trustee

**Counsel for Appellant/Cross Appellant:**

**Counsel for Appellee/Cross Appellee:**

State of Washington:
Susan Croke, Assistant Attorney General
800 Fifth Ave, Suite 2000
Seattle, WA  98104***

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:** ***Attorney for Chapter 7 trustee:
Ricardo Palacio
500 Delaware Ave, 8th FL
Wilmington, DE 19801

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/22/2024            **by:** /s/ Kimberly Ross
                                    _____
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-64