

**Parcels**

**Clerk**

**U.S. District Court**