Joshua Jordan, admitted Pro Se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| In re: | Chapter 7 |
| Prehired, LLC, et al, | BK Case No.: 1:22-bk-11007 |
| Debtors | District Case No.: 1:24-cv-01181 |
| JOSHUA JORDAN, Appellant, | Re: D.I. 222, 228, 230 |
| v. | **CIP STATEMENT** |
| STATE OF WASHINGTON, Appellee. | |

**Certificate of Interested Persons and Corporate Disclosure Statement (CIP)**

Pursuant to Federal Rule of Bankruptcy Procedure 8012 and Federal Rule of Appellate Procedure 26.1, Appellant Joshua Jordan makes the following disclosures:

1. Appellant Joshua Jordan is an individual proceeding pro se and is not a corporate entity.

2. The following persons and entities have an interest in the outcome of this appeal:

1 - CIP Statement

   a. Joshua Jordan, Appellant, Pro Se.

   6650 Rivers Ave, STE 100

   Charleston, SC, 29406

   b. State of Washington, Appellee represented by:

   Susana Croke, Madeline S. Davis, Julia K. Doyle

   Assistant Attorneys General

   800 Fifth Avenue, Suite 2000

   Seattle, WA 98104

   c. Don A. Beskrone, Chapter 7 Trustee represented by:

   Ricardo Palacio

   Ashby & Geddes, P.A.

   500 Delaware Avenue, 8th Floor

   Wilmington, DE 19801

3. No publicly traded corporation owns 10% or more of any party's stock, and no publicly traded corporation or other entity has a direct financial interest in the outcome of this litigation by reason of a franchise, lease, other profit-sharing agreement, insurance, or indemnity agreement.

4. This case does not arise out of a bankruptcy proceeding involving a corporate debtor in which a corporation is a party or intervener.

Respectfully submitted on October 28, 2024.

By: /s/ Joshua Jordan
Joshua Jordan, admitted pro se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, a true and correct copy of this document is being filed to the Clerk of the United States Bankruptcy Court for the District of Delaware for filing. Upon filing, the Clerk will serve the document via the Court's CM/ECF system upon all registered participants as identified on the Notice of Electronic Filing (NEF) and in accordance with the applicable service requirements.

By: /s/ Joshua Jordan
Joshua Jordan, Pro Se