Joshua Jordan, admitted Pro Se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com



## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| In re: | Chapter 7 |
| Prehired, LLC, et al, | BK Case No.: 1:22-bk-11007 |
| Debtors | District Case No.: 1:24-cv-01181 |
| JOSHUA JORDAN, Appellant, | Re: D.I. 222, 228, 230 |
| v. | **NOTICE OF TRANSCRIPT AVAILABILITY** |
| STATE OF WASHINGTON, Appellee. | |

Appellant Joshua Jordan hereby gives notice that:

1. The transcript of proceedings held on September 17, 2024, before the Honorable John T. Dorsey has been prepared by Veritext Legal Solutions.

2. The transcript was completed on October 25, 2024 and appears on the bankruptcy docket as Docket No. 238, with a corrective entry filed as Docket No. 239 on October 28, 2024.

3. Appellant has obtained a certified copy of the transcript and will file it as part of the designation of record.

4. This notice is filed pursuant to Federal Rule of Bankruptcy Procedure 8009(b).

Respectfully submitted on October 28, 2024.

By: /s/ Joshua Jordan
Joshua Jordan, admitted pro se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, a true and correct copy of this document is being filed to the Clerk of the United States Bankruptcy Court for the District of Delaware for filing. Upon filing, the Clerk will serve the document via the Court's CM/ECF system upon all registered participants as identified on the Notice of Electronic Filing (NEF) and in accordance with the applicable service requirements.

By: /s/ Joshua Jordan
Joshua Jordan, Pro Se