Parcels

**Clerk**

U.S. District Court