

# Bob Ferguson
## ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue • Suite 2000 • MS TB 14 • Seattle WA 98104-3188
(206) 464-7744

November 15, 2024

**SENT VIA FEDEX**

Office of the Clerk
United States District Court
844 N King St. Unit 18
Wilmington, DE 19801-3570

**RE:** *Joshua Jordan v. State of Washington et al*
Civil Action No. 1:24-cv-01181-MN
Bankruptcy Case No. 22-11007-JTD
Bankruptcy BAP No. 24-64

Dear Office of the Clerk:

Enclosed please find the State of Washington's Motion for Extension of Time to Appear with Exhibits 1 (declaration) and 2 (proposed order) for filing in civil action 24-cv-01181-MN.

Sincerely,

*s/ Susana Croke*
SUSANA CROKE
Assistant Attorney General
Consumer Protection Division
206.464.6098

Enclosures