

To reuse, cover or mark through any previous shipping information.

DO NOT
REUSE

PEEL HERE ▶

Align bottom of peel and stick airbill or pouch here.

ORIGIN ID:BFIA          (206) 516-2992
CONSUMER PROTECTION DIVISION
WA STATE ATTORNEY GENERAL'S OFFICE
800 5TH AVENUE, SUITE 2000

SHIP DATE: 15NOV24
ACTWGT: 1.00 LB
CAD: 101691483/INET4535

SEATTLE, WA 98104
UNITED STATES US

BILL SENDER

TO **OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
**844 N KING ST. UNIT 18**
**WILMINGTON DE 19801**
(302) 573-6170          REF: CP
PO:                     DEPT:

FedEx
Express

E

MON - 18 NOV 10:30A
PRIORITY OVERNIGHT

TRK# 7799 8997 5244
0201

**SE ZWIA**

19801

DE-US    PHL

earthsmart

envelope shipping

xpress

FedEx

RT 748  3  C
10:30
FZ       5244
         11.18