## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: Prehired, LLC

| | |
|---|---|
| Joshua Jordan<br><br>Appellant,<br><br>v.<br><br>State of Washington et al,<br><br>Appellee. | Civil Action No. 1:24-cv-01181-MN<br><br>Bankruptcy Case No. 22-11007-JTD<br><br>Bankruptcy BAP No. 24-64 |

### ORDER GRANTING STATE OF WASHINGTON'S
### MOTION FOR EXTENSION OF TIME TO APPEAR

THIS MATTER, having come before the Court on State of Washington's Motion for Extension of Time to Appear, and the Court having reviewed the foregoing motion, responses, if any, and being familiar with the records and files herein, the Court orders the following:

The deadline for the State of Washington to appear is extended to **December 23, 2024**.

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Susana Croke*
SUSANA CROKE, WSBA No. 58315
Assistant Attorney General
Attorneys for Plaintiff State of Washington

1