IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PREHIRED, LLC., et al., | ) ) ) | Case No. 22-11007 (JTD) |
| Debtors. | ) ) | (Bankr. D. Del.) |
| JOSHUA JORDAN, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) ) | C.A. No. 24-1181 (MN) |
| STATE OF WASHINGTON, et al., | ) ) | |
| Appellees. | ) | |

**<u>ORDER</u>**

At Wilmington, this 27th day of February 2025:

Upon consideration of Appellant's unopposed Motion to File Electronically (D.I. 19) (the "Motion"), Appellee State of Washington's non-opposition (D.I. 20), and Appellant's Certificate of No Objection (D.I. 22), IT IS HEREBY ORDERED that:

1. Appellant's Motion is GRANTED.[1]

2. Appellant is granted e-filing privileges for this action ONLY.

3. Appellant shall contact the Clerk's Office Help Desk at (302) 573-6170 to obtain the applicable CM/ECF registration form.

The Honorable Maryellen Noreika
United States District Judge

---

[1] The Court notes that although Appellant did not state in the instant motion that he has "independently reviewed all of the materials and related topics on the Court's web site, and ha[s] a PACER account" as required for these motions, Appellant made those representations in his motion in C.A. No. 25-23 (MN) (D.I. 4).